PD-0758-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/22/2015 3:44:02 PM
Accepted 6/24/2015 10:23:10 AM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## AT AUSTIN, TEXAS

| | | |
|---|---|---|
| **DEWAN MORGAN,** § | | |
| APPELLEE § | | |
| § | | |
| v. § | | **NO. PD-_____** |
| § | | |
| **THE STATE OF TEXAS,** § | | |
| APPELLANT § | | |

---

FROM THE COURT OF APPEALS FOR THE
SECOND DISTRICT OF TEXAS AT FORT WORTH
APPEALED FROM CAUSE NUMBER 02-14-00231-CR AND
FROM THE 211TH JUDICIAL DISTRICT COURT
OF DENTON COUNTY IN CAUSE NUMBER F-2013-1704-C,
THE HONORABLE L. DEE SHIPMAN, JUDGE PRESIDING

---

## THE STATE'S MOTION TO EXTEND THE TIME FOR FILING THE STATE'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

The State, by and through the Criminal District Attorney of Denton County, Texas, respectfully requests that the time for the filing of the State's Petition for Discretionary Review in the above styled and numbered cause be extended pursuant to Texas Rules of Appellate Procedure 68.2(c) and 10.5(b). In support of this motion, the State would show the Court the following:

### I.

The Second Court of Appeals at Fort Worth released its opinion and judgment in this case on May 28, 2015. No motions for rehearing or reconsideration have been filed.

FILED IN
COURT OF CRIMINAL APPEALS

June 24, 2015

ABEL ACOSTA, CLERK

## II.

The present deadline for the filing of the State's Petition for Discretionary Review is June 26, 2015. The State respectfully requests a 15 day an extension of time until July 13, 2015.

## III.

This is the State's first request for an extension of time to file the State's Petition for Discretionary Review.

## IV.

The Appellant would show the Court that a reasonable explanation exists for the requested extension. The facts on which the Appellant relies to reasonably explain the need for this extension are as follows:

The Second Court of Appeals released its opinion, on May 28, 2015. From May 27-29, 2015, the undersigned was out of the office at a CLE on Criminal Appeals. Since then the undersigned has prepared two appellate briefs: *Lim v. State*, 02-14-00365-CR, due June 8, 2015, and *Martinez-Benitez v. State*, 02-14-00440-CR, a murder case, due June 29, 2015. The undersigned has prepared an Order Designating Issues for a habeas writ on F-2013-0120-A(whc1) regarding *Ex Parte Derrek Parry*. The undersigned has also assisted prosecutors in the trial division prepare for a suppression hearing.

Additionally, the undersigned is scheduled to be out of the office on a pre-planned vacation on July 1-2, 2015, and the Denton County District Attorney's Office will be closed in celebration of Independence Day on July 3, 2015.

The motion is not for delay, but sought in the interest of justice.

2

Accordingly, the State respectfully requests that the time for the filing of the State's Petition for Discretionary Review be extended to July 13, 2015.

Respectfully submitted,

YAEL ZBOLON
Assistant Criminal District Attorney
Appellate Division
State Bar No. 24077065
Denton County, Texas
1450 East McKinney
Denton, Texas 76209
(940) 349-2600
yael.zbolon@dentoncounty.com

ATTORNEY FOR APPELLANT,
THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion has been served on the J. Stanley Goodwin, 303 North Carroll, Suite 200, Denton, Texas 76201; and Lisa C. McMinn, Post Office Box 13046, Capital Station, Austin, Texas 78711-3046, by depositing same in the United States Mail, Postage Prepaid, on this, the 22nd day of June, 2015.

YAEL ZBOLON

3